Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

<div style="text-align:center">

Case No.:  18–35057–MBK
Chapter:  13
Judge:  Michael B. Kaplan

</div>

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Linda A Gasko | John D Gasko Jr. |
| 111 Federal Road | 111 Federal Road |
| Monroe Township, NJ 08831 | Monroe Township, NJ 08831 |

Social Security No.:
   xxx–xx–2886                        xxx–xx–5003

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/23/2018 and a confirmation hearing on such Plan has been scheduled for 7/24/2019 at 10:00 AM.

The debtor filed a Modified Plan on 7/19/2019 and a confirmation hearing on the Modified Plan is scheduled for 8/28/2019 at 10:00 am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 22, 2019
JAN: gan

<div style="margin-left:50%">

Jeanne Naughton
Clerk

</div>