Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−35057−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Linda A Gasko  
111 Federal Road  
Monroe Township, NJ 08831

John D Gasko Jr.  
111 Federal Road  
Monroe Township, NJ 08831

Social Security No.:
xxx−xx−2886     xxx−xx−5003

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/23/2018 and a confirmation hearing on such Plan has been scheduled for 7/24/2019 at 10:00 AM.

The debtor filed a Modified Plan on 7/19/2019 and a confirmation hearing on the Modified Plan is scheduled for 8/28/2019 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 22, 2019
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-35057-MBK
Linda A Gasko                                                         Chapter 13
John D Gasko, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jul 22, 2019
                              Form ID: 186             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db/jdb         +Linda A Gasko,    John D Gasko, Jr.,    111 Federal Road,    Monroe Township, NJ 08831-8015
517936244      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517936252      +CitiFinancial,    Attn: Bankruptcy,    605 Munn Rd,    Fort Mill, SC 29715-8421
518053693      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517936248      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517936249      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517936250      +Citicards,   Po Box 6241,    Sioux Falls, SD 57117-6241
517936251      +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
517936256      +McHutchison, Inc.,    P.O. Box 92170,    Elk Grove Village, IL 60009-2170
518059737      +PNC BANK, N.A.,    P.O. BOX 94982,    CLEVELAND,OH 44101-4982
517936257      +PNC Bank,   Attn: Bankruptcy Department,     Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
517936258       Rymr&flnign,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517936259      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 00:18:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 00:18:36       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517936246      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2019 00:18:59
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518062116      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2019 00:18:59
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517936247      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 00:18:09       Catherines/Comenity,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517936253      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 00:18:09
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
517936254      +E-mail/Text: cio.bncmail@irs.gov Jul 23 2019 00:17:52      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
518035100       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2019 00:22:50       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518028004       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 00:22:09
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
518033723       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 00:23:16
                 Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,    Norfolk VA 23541
517936702      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:22:28       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517936260      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:21:57       Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517936261      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:21:56       Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517936262       E-mail/Text: bankruptcy@td.com Jul 23 2019 00:18:41      TD Bank,    Attn: Bankruptcy,
                 Po Box 1190,    Lewiston, ME 04246
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517936245*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    ATTN: Bankruptcy,    P.O. Box 982238,
                 El Paso, TX 79998)
517936255*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Services,    Attn: N Kohler,
                 4 Paragon Way, Suite 2,    Freehold, NJ 07728)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 22, 2019
                              Form ID: 186             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor John D Gasko, Jr. mail@njpalaw.com,
               r56958@notify.bestcase.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Linda A Gasko mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```