Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Linda A and John D Gasko, Jr.,

**Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 18-35057-MBK |
| | } | Chapter 13 |
| Linda A and John D Gasko, Jr., | } | |
| | } | Hearing Date: 8/20/19; 9:00am |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |
| | } | |

**ORDER EXPUNGE/MODIFYING/REDUCING/ CLAIMS OF INTERNAL REVENUE SERVICE**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: August 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The attorney for the Debtors having filed a motion to expunge/reduce/modify claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that **the Internal Revenue Service ("IRS") claim No.: 2-1** listing the estimated tax liability for years 2016 through 2018 in the amount of $9,848.75 is hereby **expunged** since the filed returns indicate there is no actual tax liability due to the dissolution of the business.

IT IS FURTHER ORDERED AND DIRECTED that the Trustee is to pay the secured portion of the claim in full in the amount of **$19,059.72.**

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.