Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Linda A and John D Gasko, Jr.,

**Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **In the Matter of**: | Case No. 18-35057-MBK |
| | Chapter 13 |
| Linda A and John D Gasko, Jr., | |
| | Hearing Date: 8/20/19; 9:00am |
| | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |

**ORDER EXPUNGE/MODIFYING/REDUCING/ CLAIMS OF INTERNAL REVENUE SERVICE**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: August 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The attorney for the Debtors having filed a motion to expunge/reduce/modify claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that **the Internal Revenue Service ("IRS") claim No.: 2-1** listing the estimated tax liability for years 2016 through 2018 in the amount of $9,848.75 is hereby **expunged** since the filed returns indicate there is no actual tax liability due to the dissolution of the business.

IT IS FURTHER ORDERED AND DIRECTED that the Trustee is to pay the secured portion of the claim in full in the amount of **$19,059.72.**

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Linda A Gasko  
John D Gasko, Jr.  
    Debtors

Case No. 18-35057-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 22, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
db/jdb        +Linda A Gasko,  John D Gasko, Jr.,  111 Federal Road,  Monroe Township, NJ 08831-8015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Candyce Ilene Smith-Sklar    on behalf of Joint Debtor John D Gasko, Jr. mail@njpalaw.com, r56958@notify.bestcase.com  
         Candyce Ilene Smith-Sklar    on behalf of Debtor Linda A Gasko mail@njpalaw.com, r56958@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 6