UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

IN RE:                                                                               CASE NO.: 18-35057-MBK
                                                                                            CHAPTER 13

**Linda A Gasko,**
   **Debtor.**

**John D Gasko, Jr.,**
   **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                  Authorized Agent for Secured Creditor
                                                  130 Clinton Rd #202
                                                  Fairfield, NJ 07004
                                                  Telephone: 470-321-7112

                                                  By: /s/Charles Wohlrab
                                                       Charles Wohlrab, Esq.
                                                       Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LINDA A GASKO
111 FEDERAL ROAD
MONROE TOWNSHIP, NJ 08831

JOHN D GASKO, JR.
111 FEDERAL ROAD
MONROE TOWNSHIP, NJ 08831

And via electronic mail to:

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 NORTH OLDEN AVENUE, EWING PROSFESSIONAL PARK, SUITE 22
EWING, NJ 08618

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 NORTH OLDEN AVENUE, EWING PROSFESSIONAL PARK, SUITE 22
EWING, NJ 08618

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emi Oyebade