UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:
LINDA A. GASKO
JOHN D/ GASKO, JR

Debtor

Case No.: 18-35057 MBK
Chapter: 13
Hearing Date: 2/28/24
Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Trustee Motion to Dismiss - Doc # 51

Date: 2/13/24

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*