Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 18−35057−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Linda A Gasko | John D Gasko Jr. |
| 111 Federal Road | 111 Federal Road |
| Monroe Township, NJ 08831 | Monroe Township, NJ 08831 |

Social Security No.:
  xxx−xx−2886                                                         xxx−xx−5003

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Linda A Gasko and John D Gasko Jr.</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: April 9, 2024
JAN: gan

                                                                                     <u>Jeanne Naughton, Clerk</u>