**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Linda A Gasko | Social Security number or ITIN   xxx–xx–2886 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | John D Gasko Jr. | Social Security number or ITIN   xxx–xx–5003 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–35057–MBK | | |

## Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Linda A Gasko                                                                John D Gasko Jr.

<u>6/27/24</u>                                                                        **By the court:** <u>Michael B. Kaplan</u>
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-35057-MBK
Linda A Gasko  Chapter 13
John D Gasko, Jr.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jun 27, 2024     Form ID: 3180W     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Linda A Gasko, John D Gasko, Jr., 111 Federal Road, Monroe Township, NJ 08831-8015 |
| 517936252 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 519781195 | | Greenwich Revolving Trust et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519781196 | + | Greenwich Revolving Trust et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 Greenwich Revolving Trust et al 75381-4609 |
| 518892812 | + | McHutchison INC., Jerome F. O'Brien, Esq., Attorney for Claimant, P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 517936256 | + | McHutchison, Inc., P.O. Box 92170, Elk Grove Village, IL 60009-2170 |
| 517936702 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 520179624 | | U.S. Bank Trust Company et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, 75381-4609 |
| 520179625 | + | U.S. Bank Trust Company et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, 75381-4609 U.S. Bank Trust Company et al. 75381-4609 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 21:57:00 | NATIONSTAR MORTGAGE LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517936244 | + | EDI: BANKAMER | Jun 28 2024 02:12:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517936246 | + | EDI: LCIBAYLN | Jun 28 2024 02:12:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 518062116 | + | EDI: LCIBAYLN | Jun 28 2024 02:12:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 517936247 | + | EDI: WFNNB.COM | Jun 28 2024 02:12:00 | Catherines/Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518053693 | + | EDI: CITICORP | Jun 28 2024 02:12:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517936248 | + | EDI: CITICORP | Jun 28 2024 02:12:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517936249 | + | EDI: CITICORP | Jun 28 2024 02:12:00 | Citibank/The Home Depot, Attn: |

Case 18-35057-MBK    Doc 69    Filed 06/29/24    Entered 06/30/24 00:29:49    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 37 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517936250 | + | EDI: CITICORP | Jun 28 2024 02:12:00 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517936251 | + | EDI: CITICORP | Jun 28 2024 02:12:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 517936253 | + | EDI: WFNNB.COM | Jun 28 2024 02:12:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518988693 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 21:57:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518988692 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 21:57:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517936254 | + | EDI: IRS.COM | Jun 28 2024 02:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518035100 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 22:04:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519668349 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 21:57:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519668350 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 21:57:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept. |
| 518059737 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 21:56:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 517936257 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 21:56:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518028004 | | EDI: PRA.COM | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518033723 | | EDI: PRA.COM | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 517936258 | | EDI: WFFC | Jun 28 2024 02:12:00 | Rymr&flnign, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517936259 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2024 22:00:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517936702 | ^ | MEBN | Jun 27 2024 21:43:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517936260 | + | EDI: SYNC | Jun 28 2024 02:12:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517936261 | + | EDI: SYNC | Jun 28 2024 02:12:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517936262 | | EDI: TDBANKNORTH.COM | Jun 28 2024 02:12:00 | TD Bank, Attn: Bankruptcy, Po Box 1190, Lewiston, ME 04246 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517936245 | *+ | Bank of America, ATTN: Bankruptcy, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517936255 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Attn: N Kohler, 4 Paragon Way, Suite 2, Freehold, NJ 07728 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                             Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Linda A Gasko njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor John D Gasko Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Charles G. Wohlrab | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2023-NR1** bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2023-NR1** laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11